1

2

3

4

5

6

7

8

9

10    # UNITED STATES DISTRICT COURT

11    ## EASTERN DISTRICT OF CALIFORNIA

12

TONY PADILLA COLVIN,                    )    1:07-CV-00374 LJO NEW (DLB) HC
13                                       )
              Petitioner,    )    ORDER ADOPTING FINDINGS AND
14                                       )    RECOMMENDATION
                   )    [Doc. #4]
15       v.                    )
                   )    ORDER GRANTING PETITION FOR WRIT
16                                       )    OF HABEAS CORPUS
JEFF WRIGLEY, Warden,                    )
17                                       )    ORDER DIRECTING CLERK OF COURT
              Respondent.    )    TO ENTER JUDGMENT
18    _____)

19

20          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

21    pursuant to 28 U.S.C. § 2241.

22          On March 22, 2007, the Magistrate Judge issued a Findings and Recommendation that

23    recommended the petition for writ of habeas corpus be GRANTED, and Respondent be ORDERED

24    to consider the appropriateness of transferring Petitioner to a Residential Re-entry Center ("RRC") in

25    light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the

26    BOP, without reference to the BOP policy promulgated in December 2002 and without reference to

27    the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. This Findings and

28    Recommendation was served on all parties and contained notice that any objections to the Findings

1    and Recommendation were to be filed within thirty (30) days of the date of service of the order.

2    Over thirty (30) days have passed and no party has filed objections.

3        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

4    *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

5    and Recommendation is supported by the record and proper analysis.

6        Accordingly, IT IS HEREBY ORDERED that:

7        1. The Findings and Recommendation issued March 22, 2007, is ADOPTED IN FULL;

8        2. The petition for writ of habeas corpus is GRANTED;

9        3. Respondent be ORDERED to consider the appropriateness of transferring Petitioner to an

10    RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate

11    by the BOP, without reference to the BOP policy promulgated in December 2002 and without

12    reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent is

13    ORDERED to make this determination promptly, not to exceed 14 days from the date of this Order.

14        4. Respondent is DIRECTED to file a notice with the Court detailing the hearing within 21

15    days from the date of this Order;

16        5. The Clerk of the Court is DIRECTED to enter judgment for Petitioner.

17    IT IS SO ORDERED.

18    **Dated:    May 9, 2007**                    /s/ **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28